**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT HUDSON,

                Plaintiff,                21 **CIVIL** 626 (PMH)

    -against-                          **JUDGMENT**

NEW YORK STATW DUTCHES COUNTY
DIDTRICT ATTORNEY,
                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 18, 2021, the Court construes the pleadings as a petition for a writ of habeas corpus under 28 U.S.C. § 2254 and denies it without prejudice to Petitioner's filing another such petition once he has exhausted his available state court remedies; because the petition makes no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.

**DATED:** New York, New York
             February 19, 2021

                                              **RUBY J. KRAJICK**
                                                Clerk of Court
                             BY:
                                                  Deputy Clerk